KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar. No. 111536)
RYAN BRICKER (State Bar No. 269100)
JENNIFER D. ARKOWITZ (State Bar No. 236598)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, rbricker@kilpatricktownsend.com, jarkowitz@kilpatricktownsend.com,

Attorneys for Plaintiff
ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>BOSE CORPORATION, a Delaware Corporation,<br><br>          Defendant. | Case No.   12-cv-6036 SC<br><br>**JOINT REQUEST AND** ~~PROPOSED~~ **ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

    Plaintiff Aliphcom and Defendant Bose Corporation, by and through their attorneys, jointly request that the Court continue the Case Management Conference and the deadline to file a joint Case Management Conference Statement by eight (8) weeks.

    Plaintiff filed its Complaint in this case on December 10, 2012.  Since then, the parties have met in person to discuss settling this matter.  Based on those ongoing settlement discussions, Plaintiff has not served the Complaint.  Accordingly, Defendant has neither filed an answer nor otherwise appeared in this case.  Plaintiff, however, is mindful of the deadline to serve its Complaint on March 28, 2013, and will serve the Complaint before that deadline if the Parties have not resolved their dispute.


Under the Parties' proposal, the schedule would change as follows:

| Event | Current Date / Deadline | Continued Date |
|---|---|---|
| Deadline to submit joint Case Management Statement | February 8, 2013 | April 5, 2013 |
| Case Management Conference | February 15, 2013 | April 12, 2013 |

DATED: February 8, 2013      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Plaintiff AliphCom

FISH & RICHARDSON P.C.


By: /s / Lisa Greenwald-Swire
    LISA GREENWALD-SWIRE

Attorneys for Defendant Bose Corporation


**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature within this e-filed document.

    */s/ Gregory S. Gilchrist*
    Gregory S. Gilchrist

**~~PROPOSED~~ ORDER**

Pursuant to the accompanying Joint Request, and good cause appearing, the deadline to file the joint Case Management Statement shall be continued to April 5, 2013 and the Case Management Conference shall be continued to ~~April 12~~ April 26, 2013.

IT IS SO ORDERED.

DATED: February 11, 2013

_____
Hon. Samuel Conti

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]