KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar. No. 111536)
RYAN BRICKER (State Bar No. 269100)
JENNIFER D. ARKOWITZ (State Bar No. 236598)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, rbricker@kilpatricktownsend.com, jarkowitz@kilpatricktownsend.com,

Attorneys for Plaintiff
ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOSE CORPORATION, a Delaware Corporation,<br><br>                    Defendant. | Case No.   12-cv-6036 SC<br><br>**JOINT REQUEST AND ~~PROPOSED~~ ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO SCHEDULING CONFLICT** |

     Plaintiff Aliphcom and Defendant Bose Corporation, by and through their attorneys, jointly request that the Court continue the Case Management Conference by an additional two (2) weeks.

     By the Parties' joint request, the Court continued the Case Management Conference date by ten (10) weeks and the deadline to submit a Joint Case Management Statement by eight (8) weeks to allow for ongoing settlement discussions (*see* Docket No. 11).  Accordingly, the Case Management Conference currently is set on April 26, 2013.  Because counsel for Defendant Bose Corporation is unavailable on April 26, 2013, counsel for Plaintiff Aliphcom is unavailable on April 19, 2013, and counsel for each Party has arranged to attend the International Trademark Association Annual Meeting during the week of May 3, 2013, the Parties submit this request to further continue the Case Management Conference by two (2) weeks.

Under the Parties' proposal, the schedule would change as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Case Management Conference | April 26, 2013 | May 10, 2013 |

DATED: February 20, 2013            Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Gregory S. Gilchrist*
            GREGORY S. GILCHRIST

Attorneys for Plaintiff AliphCom



FISH & RICHARDSON P.C.


By: */s/ Lisa Greenwald-Swire*
            LISA GREENWALD-SWIRE

Attorneys for Defendant Bose Corporation

## ATTESTATION CLAUSE REGARDING SIGNATURES

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature within this e-filed document.

            */s/ Gregory S. Gilchrist*
            Gregory S. Gilchrist

**~~PROPOSED~~ ORDER**

Pursuant to the accompanying Joint Request, and good cause appearing, the Case Management Conference shall be continued to May 10, 2013.

IT IS SO ORDERED.

DATED: February 22, 2013

_____
Hon. Samuel

*IT IS SO ORDERED*
*Judge Samuel Conti*

KILPATRICK TOWNSEND 64864518 1