| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | GREGORY S. GILCHRIST (State Bar. No. 111536)<br>RYAN BRICKER (State Bar No. 269100) |
| 3 | JENNIFER D. ARKOWITZ (State Bar No. 236598)<br>Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111<br>Telephone: (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| 6 | Email:  ggilchrist@kilpatricktownsend.com, rbricker@kilpatricktownsend.com,<br>jarkowitz@kilpatricktownsend.com, |
| 7 | Attorneys for Plaintiff |
| 8 | ALIPHCOM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California Corporation,<br>　　　　　　Plaintiff,<br>　　v.<br>BOSE CORPORATION, a Delaware Corporation,<br>　　　　　　Defendant. | Case No.   12-cv-6036 SC<br><br>**[PROPOSED] ORDER CONTINUING THE DEADLINE TO SERVE DEDNENDANT, DEADLINE TO FILE THE PARTIES' JOINT RULE 26(F) REPORT, AND DEADLINE TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT** |

PROPOSED ORDER ON JOINT REQUEST
CASE NO. 12-CV-6036 SC

- 1 -

1  Pursuant to the accompanying Joint Request, and good cause appearing, the Court orders that
2  the service deadline, the parties' deadline to file a F.R.C.P. Rule 26(f) Report, and Bose's deadline to
3  file a responsive pleading to the complaint are continued as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Service Deadline | March 28, 2013 | March 29, 2013 |
| Deadline to file Rule 26(f) Report | April 5, 2013 | April 26, 2013 |
| Deadline to file Responsive Pleading | April 18, 2013 | May 23, 2013 |

IT IS SO ORDERED.

DATED: April _8_, 2013



Hon. Sa_____

65335111V.1