KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar. No. 111536)
RYAN BRICKER (State Bar No. 269100)
JENNIFER D. ARKOWITZ (State Bar No. 236598)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, rbricker@kilpatricktownsend.com, jarkowitz@kilpatricktownsend.com,

Attorneys for Plaintiff
ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>BOSE CORPORATION, a Delaware Corporation,<br><br>                    Defendant. | Case No.   12-cv-6036 SC<br><br>**[PROPOSED] ORDER CONTINUING THE DEADLINE TO SERVE DEDNENDANT, DEADLINE TO FILE THE PARTIES' JOINT RULE 26(F) REPORT, AND DEADLINE TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT** |

1   Pursuant to the accompanying Joint Request, and good cause appearing, the Court orders that
2  the service deadline, the parties' deadline to file a F.R.C.P. Rule 26(f) Report, and Bose's deadline to
3  file a responsive pleading to the complaint are continued as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Service Deadline | March 28, 2013 | March 29, 2013 |
| Deadline to file Rule 26(f) Report | April 5, 2013 | April 26, 2013 |
| Deadline to file Responsive Pleading | April 18, 2013 | May 23, 2013 |

IT IS SO ORDERED.

DATED:  April  8 , 2013



_____
Hon. Samuel Conti

65335111V.1